```
                                                                FILED
                                                           November 07, 2024
              UNITED STATES DISTRICT COURT              CLERK, U.S. DISTRICT COURT
               WESTERN DISTRICT OF TEXAS                WESTERN DISTRICT OF TEXAS
                  SAN ANTONIO DIVISION                  BY: _____NM_____
                                                                DEPUTY
```

| | |
|---|---|
| **EVGHENIA JENES,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. SA-22-CV-740-OLG |
| § | |
| **SECRETARY OF VETERANS** § | |
| **AFFAIRS,** § | |
| § | |
| Defendant. § | |

# O R D E R

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (the "Recommendation") (Dkt. No. 44), filed on October 4, 2024, concerning Defendant Secretary of Veterans Affairs' Motion for Summary Judgment (Dkt. No. 37). Neither party filed timely objections to the Recommendation.

When no party objects to a magistrate judge's recommendation, the Court need not conduct a *de novo* review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Recommendation and is of the opinion that it is correct. Accordingly, the Recommendation (Dkt. No. 44) is **ACCEPTED** and, for the reasons set forth therein, the Motion for Summary Judgment (Dkt. No. 37) is **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's claims of national origin and sex discrimination and retaliation under Title VII are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

IT IS SO ORDERED.

SIGNED this 7 day of November, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE